**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: | |
| **TERENCE JEROME DICKSON** | Case No. **24-19952-MMH** |
| | Chapter 13 |
| Debtor(s) | |

**MOTION TO DISMISS AND**
**NOTICE OF AN OPPORTUNITY FOR A HEARING**

Rebecca A. Herr, Chapter 13 Trustee in this case, moves this honorable court to dismiss this bankruptcy case pursuant to 11 U.S.C. section 521 (a) (1) (B) (iv) for failure to provide 60 days of income documents, 11 U.S.C. section 1307 (c) (1) for unreasonable delay which is prejudicial to creditors, 11 U.S.C. section 1326 (a) (1) for failure to commence making chapter 13 plan payments, and for reasons states:

1. That the Debtor filed this chapter 13 case on or about 11/25/24 under the requirements of the Bankruptcy Abuse Protection and Consumer Protection Act of 2005.

2. That the Debtor was required, under 11 U.S.C. section 521 (a) (1) (B) (iv) to provide the Trustee with copies of all income documents or other evidence of payment received within 60 days before the date of filing of the petition.

3. That the first date set for the meeting of creditors scheduled for 01/09/25 was not held due to missing income documents, tax returns, ID and proof of social security number. Further, the Trustee's request for income documents pursuant to 11 U.S.C. section 521 (a) (1) (B) (iv) was also not addressed either prior to or as of this date. The Trustee has not received any profit and loss statements for the Debtor's business.

4. That pursuant to 11 U.S.C. section 521 (e) (2) (B), this Honorable Court shall dismiss this case for the reasons set forth above, ". . .unless the debtor demonstrates that the failure to do so is due to circumstances beyond the control of the Debtor." That as of this date, the Trustee has received no explanation for the Debtor's failure to comply with this requirement.

5. The Court has also issued an Order Setting Deadlines (ECF 31) requiring the documents be provided to the Trustee by June 21, 2025.

6. Further, the Debtor has failed to commence making chapter 13 plan payments pursuant to 11 U.S.C. section 1307 (c) (4) as required in section 1326. As of this date $12,368.00.

7. That the Debtor has failed to perform the requirements of a chapter 13 debtor as required pursuant to 11 U.S.C. §521 (a) (1) (B) (iv) having failed to provide 60 days of income documents, and 11 U.S.C.§1307 (1) for unreasonable delay which is prejudicial to creditors, having failed to commence making plan payments pursuant to 11 U.S.C. section 1326 (a) (1), and for failure to cooperate with the Trustee.

WHEREFORE, for the reasons set forth above, the Trustee moves that the subject case be dismissed and for other relief as this Honorable Court deems just and equitable.

Date:   October 21, 2025            **/s/ Rebecca A. Herr**
                                    Rebecca A. Herr (Fed. Bar No. 29298)
                                    Chapter 13 Trustee
                                    185 Admiral Cochrane Dr. Suite 240
                                    Annapolis MD 21401
                                    bherr@ch13md.com

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING

You are notified that the Trustee is requesting that the subject case be dismissed pursuant to 11 U.S.C. section 521 (a) (1) (B) (iv), section 1326 (a) (1) and section 1307 (c) (1). You are further notified that unless a responsive pleading is filed with the Court stating facts which controvert, justify or explain the Trustee's allegations is filed and a copy of said pleading is served upon the Trustee **November 11, 2025** together with a request for a hearing thereon, this case will be dismissed on such date and the case will be closed.

## **CERTIFICATE OF SERVICE**

I hereby certify that this motion to dismiss was served this 21st day of October 2025 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Terence Jerome Dickson
103 E. 25th St
Suite 100
Baltimore, MD 21218
***Debtor***

Robert N Grossbart Esq
100 N Charles Street
20th Floor
Baltimore, MD 21201
***Debtor's Counsel***

                                    **/s/Rebecca A. Herr**
                                    Rebecca A. Herr (Fed. Bar No. 29298)
                                    Chapter 13 Trustee